IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/17
```

CASSANDRA MICKUS

    Plaintiff,

v.

C.R. BARD, INC. and COVIDIEN, LP

    Defendants.

Civil Action No. 1:17-cv-06496

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cassandra Mickus, by and through her undersigned attorneys Marc J. Bern & Partners LLP, and Defendant C.R. Bard, Inc., by and through their undersigned attorneys Reed Smith LLP, and Defendant Covidien, LP, by and through their undersigned attorneys DLA Piper LLP (US), that Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to October 21, 2017.

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this document shall have the same force and effect as an original signature.

Dated: New York, New York
       September __, 2017

**MARC J. BERN & PARTNERS LLP**

By: _____
    Debra Humphrey, Esq.

Debra Humphrey, Esq.
Marc J. Bern & Partners LLP
One Grand Central Place

**DLA PIPER LLP (US)**

By: _____
    Loren H. Brown, Esq.

Loren H. Brown, Esq.
Jessica C. Wilson, Esq.
DLA Piper LLP (US)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA MICKUS<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC. and COVIDIEN, LP<br><br>Defendants. | Civil Action No. 1:17-cv-06496 |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cassandra Mickus, by and through her undersigned attorneys Marc J. Bern & Partners LLP, and Defendant C.R. Bard, Inc., by and through their undersigned attorneys Reed Smith LLP, and Defendant Covidien, LP, by and through their undersigned attorneys DLA Piper LLP (US), that Defendants' time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to October 21, 2017.

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this document shall have the same force and effect as an original signature.

Dated: New York, New York
September 14, 2017

**MARC J. BERN & PARTNERS LLP**

By: _____
    Debra Humphrey, Esq.

Debra Humphrey, Esq.
Marc J. Bern & Partners LLP
One Grand Central Place

**DLA PIPER LLP (US)**

By: _____
    Loren H. Brown, Esq.

Loren H. Brown, Esq.
Jessica C. Wilson, Esq.
DLA Piper LLP (US)

60 East 42nd Street, Suite 950
New York, New York 10165
Tel.:    (212)702-5000

*Attorneys for Plaintiff*

1251 Avenue of the Americas
New York, New York
10020-1104
(212) 335-4500
Loren.Brown@dlapiper.com
Jessica.Wilson@dlapiper.com

*Attorneys for Defendant Covidien, LP*

and

REED SMITH LLP

By: _____
     Daniel K. Winters, Esq.

Daniel K. Winters, Esq.
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Tel.: (212) 549-0397

*Attorney for Defendant C.R. Bard, Inc.*


SO ORDERED:

__Paul G. Gardephe_____
_____, U.S.D.J.

Sept. 28, 2017

2